**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

IVAN STRUGATSKIY

<b>Plaintiff(s),</b>

_____ **Civ.** _____(___)
7:26          03107    PMH

**- against -**

**CLERK'S CERTIFICATE**
**OF DEFAULT**

ACM CAPITAL HOLDINGS LTD, et al,

<b>Defendant(s),</b>

-------------------------------------------------------------X

**I, TAMMI M. HELLWIG, Clerk of the United States District Court for**

**the Southern District of New York**, **do hereby certify that this action was commenced on**

_April 27, 2026_____ **with the filing of a summons and complaint, a copy of the summons and**

**complaint was served on defendant(s)** _ACM CAPITAL HOLDINGS LTD, a foreign corporation organized under the laws of the United Kingdom ("ACM")_

**by personally serving** _mailing copy of service to ACM_____,

*and proof of service was therefore filed on* __June 08, 2026____, *Doc. #(s)* ___15_____.

**I further certify that the docket entries indicate that the defendant(s) has not filed an**

**answer or otherwise moved with respect to the complaint herein. The default of the**

**defendant(s) is/are hereby noted.**

**Dated: New York, New York**

_____, 20___

**TAMMI M. HELLWIG**
**Clerk of Court**

**By:** _____

**Deputy Clerk**