UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# IVAN STRUGATSKIY

Fill in above the full name of each plaintiff or petitioner.

Case No. 7:26 CV 03107-PMH

-against-

# ACM CAPITAL HOLDINGS LTD, et al.

Fill in above the full name of each defendant or respondent.

## DECLARATION

## In support of the request for Clerk's Certificate of Default

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Dmitriy Shakhnevich, Esq , declare under penalty of perjury that the

following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

I am an attorney at law for the State of New York, New York Bar Number 5193719. I am the counsel of record for Plaintiff, Ivan Strugatskiy. I have personal knowledge of the facts below or have gained such knowledge from my review of the file in this case and if called upon to do so, I could testify to each matter set forth herein.

On April 27, 2026, I filed Complaint, Civil Cover Sheet, and a Summons in a Civil Action with this Court.

Rev. 6/30/16

On May 11, 2026, this Court issued a Summons in a Civil Action.

On the same date, Plaintiff's counsel, through co-counsel Alexey Savostyanov, placed an order with Attorney's Certified Services ("ACS"), a process service provider to arrange service of process on all Defendants located in the State of Connecticut.

On May 18, 2026, at approximately 7:26 p.m., Jason Douglas, Process Server of ACS served Benjamin J. Prince, individually and as a purported agent acting on behalf of Royal Investment Management, LLC with the Complaint, Summons, and Civil Cover Sheet at 64 Orchard Rd, West Hartford, CT, 06117, by substituted service and leaving the documents with Tenley Prince - Spouse.

On June 8, 2026, the process server provided Plaintiff with a Declaration of Service.

On June 8, 2026, Plaintiff thereafter filed the Declaration of Service with this Court as Docket No. 13.

On June 16, 2026, this Court granted Defendant Benjamin J. Prince's boilerplate Letter-Motion to stay of default, and provided an extension to respond Complaint by July 20, 2026, Docket 17.

Defendant Benjamin J. Prince failed to timely respond or request for extension of time.

Attach additional pages and documents if necessary.

8/7/2026
Executed on (date)

Signature

Dmitriy Shakhnevich, Esq.
Name

Prison Identification # (if incarcerated)

305 Broadway, suite 210          New York          NY          10007
Address                          City              State       Zip Code

(212) 913-9703                   ds@dshaklaw.com
Telephone Number (if available)  E-mail Address (if available)