UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVAN STRUGATSKIY

Write the first and last name of each plaintiff.

Case No. 7:26 CV 03107(PMH)

-against-

ACM CAPITAL HOLDINGS LTD, et al.

REQUEST FOR A CLERK'S
CERTIFICATE OF DEFAULT

Write the first and last name of each defendant.

## Request for Clerk's Certificate of Default

I, Dmitriy Shakhnevich, Esq. , request a Clerk's Certificate of Default, as required under Local Civil Rule 55.1(a) of the Local Rules of the United States District Courts for the Southern and Eastern District Courts of New York. A Declaration in support of this Request is attached.

August 04, 2026
Executed on (date)

Dmitriy Shakhnevich, Esq.
Name

305 Broadway, suite 210
Address

(212)913-9703
Telephone Number (if available)

Signature

Prison Identification # (if incarcerated)

New York          NY          10007
City              State       Zip Code

ds@dshaklaw.com
E-mail Address (if available)

Rev. 6/12/25