UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVAN STRUGATSKIY

Write the first and last name of each plaintiff.

-against-

ACM CAPITAL HOLDINGS LTD, et al.

Write the first and last name of each defendant.

Case No. 7:26 CV 03107(PMH)

**CERTIFICATE OF SERVICE**

I, Alexey Savostyanov ,

affirm that the foregoing documents have been personally served on

_____ _____ or mailed to the last
known address of Benjamin J. Prince, individually and as a purported agent acting on behalf of Royal Investment Management, LLC ,

at 64 Orchard Rd, West Hartford, CT, 06117 .

July 29, 2026
Executed on (date)

Alexey Savostyanov
Signature

Alexey Savostyanov
Name

Prison Identification # (if incarcerated)

2629 Townsgate Rd, ste 235
Address

Westlake Village
City

CA
State

91361
Zip Code

(818) 213-8798
Telephone Number (if available)

attorney@savostyanovlaw.com
E-mail Address (if available)