UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## IVAN STRUGATSKIY

Fill in above the full name of each plaintiff or petitioner.

Case No. 7:26 CV 03107-PMH

-against-

## ACM CAPITAL HOLDINGS LTD, et al.

Fill in above the full name of each defendant or respondent.

## DECLARATION

## In support of the request for Clerk's Certificate of Default

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Dmitriy Shakhnevich, Esq            , declare under penalty of perjury that the

following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

I am an attorney at law for the State of New York, New York Bar Number 5193719. I am the counsel of record for Plaintiff, Ivan Strugatskiy. I have personal knowledge of the facts below or have gained such knowledge from my review of the file in this case and if called upon to do so, I could testify to each matter set forth herein.

On April 27, 2026, I filed Complaint, Civil Cover Sheet, and a Summons in a Civil Action with this Court.

Rev. 6/30/16

On May 11, 2026, this Court issued a Summons in a Civil Action.

On the same date, Plaintiff's counsel, through co-counsel Alexey Savostyanov, contacted PB Process Servers UK ("PB"), a process service provider located at First Floor Office, 4 Meadow Drive, Micklefield, Leeds LS25 4FQ, United Kingdom, to arrange service of process on all Defendants residing in the United Kingdom.

On or about May 15, 2026, PB was retained and paid to effect service of process upon Defendant Peter Mayer ("Mayer").

On May 20, 2026, at approximately 4:53 p.m., Richard Thomas, Process Server of PB served Mayer with the Complaint, Summons, and Civil Cover Sheet at Flat 35 The Square, Chatham Way, Brentwood, CM14 4AL, United Kingdom.

On June 8, 2026, the process server provided Plaintiff with a sworn Affidavit of Service.

On June 29, 2026, Plaintiff thereafter filed the Affidavit with this Court as Docket No. 18.

Attach additional pages and documents if necessary.

8/7/2026

Executed on (date)

Signature

Dmitriy Shakhnevich, Esq.
Name

Prison Identification # (if incarcerated)

305 Broadway, suite 210
Address

New York
City

NY
State

10007
Zip Code

(212) 913-9703
Telephone Number (if available)

ds@dshaklaw.com
E-mail Address (if available)