UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVAN STRUGATSKIY

_____

Write the first and last name of each plaintiff.

-against-

ACM CAPITAL HOLDINGS LTD, et al.

_____

_____

_____

Write the first and last name of each defendant.

Case No. __7:26__ CV __03107(PMH)__

**REQUEST FOR A CLERK'S
CERTIFICATE OF DEFAULT**

## Request for Clerk's Certificate of Default

I, __Dmitriy Shakhnevich, Esq.__ , request a Clerk's Certificate of Default, as required under Local Civil Rule 55.1(a) of the Local Rules of the United States District Courts for the Southern and Eastern District Courts of New York. A Declaration in support of this Request is attached.

__August 04, 2026__
Executed on (date)

**Dmitriy Shakhnevich, Esq.**
Name

**305 Broadway, suite 210**
Address

**(212)913-9703**
Telephone Number (if available)

_____
Signature

_____
Prison Identification # (if incarcerated)

**New York          NY          10007**
City                State        Zip Code

**ds@dshaklaw.com**
E-mail Address (if available)

Rev. 6/12/25