UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVAN STRUGATSKIY

Write the first and last name of each plaintiff.

Case No. __7:26__ CV __03107(PMH)__

-against-

ACM CAPITAL HOLDINGS LTD, et al.

**CERTIFICATE OF SERVICE**

Write the first and last name of each defendant.

I, _____Anton Kozin_____ ,

affirm that the foregoing documents have been personally served on

_____  _____ or mailed to the last

known address of __Peter Mayer__ _____,

at__Flat 35 The Square, Chatham Way, Brentwood, CM14 4AL, United Kingdom_____.

__July 29, 2026__
Executed on (date)

_____Anton Kozin_____
Signature

__Anton Kozin__
Name

_____
Prison Identification # (if incarcerated)

2629 Townsgate Rd., ste 235       Westlake Village       CA       91361
Address                                    City                              Zip Code

(818) 213-8798
Telephone Number (if available)

paralegal@savostyanovlaw.com
E-mail Address (if available)