UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVAN STRUGATSKIY,

Plaintiffs,

-against-

ACM CAPITAL HOLDINGS LTD, et al.,

Defendants.

**ORDER**

26-CV-03107 (PMH)

PHILIP M. HALPERN, United States District Judge:

On August 25, 2026, Plaintiff filed a Proposed Order to Show Cause Without Emergency Relief why the Court should not enter a default judgment against Defendants ACM Capital Holdings Ltd, Lord Robert A. Cary, Peter Mayer, Royal Investment Management, LLC, and Benjamin J. Price ("Proposed OTSC"). (Doc. 40). The Court declines to sign the Proposed OTSC.

Plaintiff filed, among other documents, a "Memorandum of Law in Support of Plaintiff's Motion for Default Judgment." (Doc. 44, "Memo of Law"). This Court's Individual Practices requires, *inter alia*, in addition to Local Rule 55.2 Statement of Damages, a "memorandum of law . . . explaining . . . how the moving party's proof satisfies the burden of proof associated with the request. (*See* Individual Practices (rev. Jan. 6, 2025), Attachment A). Plaintiff's Memo of Law (Doc. 44), as filed, does not comply with the Court's Individual Practices.

Accordingly, by **September 10, 2026**, Plaintiff shall supplement the previous filings to comply with the foregoing. Upon appropriate supplementation of the papers, the Court will take Plaintiff's request for the entry of default judgment by order to show cause under advisement.

**SO ORDERED.**

Dated: White Plains, New York
August 27, 2026

PHILIP M. HALPERN
United States District Judge